IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES R. ANDERSON : CIVIL ACTION
:
v. :
: No. 06-2798
DAVID DiGUGLIELMO, et al. :

## **ORDER**

AND NOW, this 23rd day of March, 2010, the following motions are granted:

1. "Motion of Defendants, Felipe Arias, M.D. and Prison Health Services, Inc. for Summary Judgment" (docket no. 96); and

2. "Commonwealth Defendants' Motion for Summary Judgment" (docket no. 103).

Summary judgment is entered in favor of defendants and against plaintiff. A memorandum accompanies this order.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.